# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:17-cv-01302-SVW<br>BK Case. No. 2:12-bk-26069-RK | Date | August 30, 2017 |
|---|---|---|---|
| Title | *In re Debtor: Allen B. Shay* | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |

**Proceedings:** ORDER DISMISSING CASE WITH PREJUDICE [14]

The Court asked Appellant twice to file an opening brief with the proper documents. *See* Dkts. 11, 14. The Court gave Appellant forty-five (45) days to file another opening brief that appropriately cites the record to support her arguments. The Appellant has once again failed to file the appropriate documents. As this Court noted in its Minute Order on July 11, 2017, failure to comply would result in dismissal of the case with prejudice.

Orders are integral to a Court's managerial function. Appellant has ignored the court and acted contumaciously in doing so.

Apparently, the case is DISMISSED WITH PREJUDICE.

cc: Bankruptcy Court

: 

Initials of Preparer     PMC